1   MORGAN, LEWIS & BOCKIUS LLP
    REBECCA EISEN, SB# 096129
2   ANN MARIE REDING, SB# 226864
    One Market, Spear Street Tower
3   San Francisco, CA 94105-1126
    Tel: 415.442.1000
4   Fax: 415.442.1001
    reisen@MorganLewis.com
5   areding@MorganLewis.com

6   MORGAN, LEWIS & BOCKIUS LLP
    JENNIFER WHITE-SPERLING, SB# 166504
7   5 Park Plaza, Suite 1750
    Irvine, CA 92614
8   Tel: 949.399.7000
    Fax: 949.399.7001
9   jwhitesperling@morganlewis.com

10  Attorneys for Defendant BEST BUY STORES, L.P.

11            UNITED STATES DISTRICT COURT

12   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13   MANUEL S. KALOGHLIAN, individually       Case No. CV 08-4171 SC
     and on behalf of all others similarly
14   situated,                                **STIPULATION ENLARGING TIME FOR
                                              BEST BUY STORES, L.P. TO RESPOND
15                  Plaintiffs,               TO PLAINTIFF'S COMPLAINT**

16          vs.

17   BEST BUY STORES, L.P., a Virginia        **[LOCAL RULE 6-1]**
     Limited Partnership, and DOE ONE
18   through and including DOE ONE-
     HUNDRED
19
                    Defendant.
20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20837093.2                                STIPULATION ENLARGING TIME TO RESPOND
                                              TO PLAINTIFF'S COMPLAINT
                                              CV 08-4171 SC

1       Pursuant to Local Rule 6-1(a), Plaintiff Manuel S. Kaloghlian ("Plaintiff") and Defendant

2   Best Buy Stores, L.P. ("Defendant") hereby stipulate and agree that Defendant will have an

3   extension of time to respond to Plaintiff's Complaint, up to and including October 27, 2008.  The

4   parties further agree that this extension of time will not alter the date of any event or any deadline

5   already fixed by Court order.

6

7   Dated: September 23, 2008           HARRIS & RUBLE

8

9                   By   _Abigail Treanor_

10                      Abigail Treanor
                   Attorneys for Plaintiff
                   MANUEL S. KALOGHLIAN

11   Dated: September 23, 2008           MORGAN, LEWIS & BOCKIUS LLP

12

13                   By

14                      Jennifer White-Sperling
                   Attorneys for Defendant

15                      BEST BUY STORES, L.P.

16

17

18

19               UNITED STATES DISTRICT COURT

20               IT IS SO ORDERED

21               Judge Samuel Conti

22               NORTHERN DISTRICT OF CALIFORNIA

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20837093.2         1        STIPULATION ENLARGING TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT
CV 08-4171 SC

1   MORGAN, LEWIS & BOCKIUS LLP
    REBECCA EISEN, SB# 096129
2   ANN MARIE REDING, SB# 226864
3   One Market, Spear Street Tower
    San Francisco, CA  94105-1126
4   Tel:  415.442.1000
    Fax:  415.442.1001
5   reisen@MorganLewis.com
    areding@MorganLewis.com
6

7   MORGAN, LEWIS & BOCKIUS LLP
    JENNIFER WHITE-SPERLING, SB# 166504
8   5 Park Plaza, Suite 1750
    Irvine, CA  92614
9   Tel:  949.399.7000
    Fax:  949.399.7001
10  jwhitesperling@morganlewis.com

11  Attorneys for Defendant BEST BUY STORES, L.P.

12                  UNITED STATES DISTRICT COURT

13          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

15  MANUEL S. KALOGHLIAN, individually      Case No. C 08-4171 SC
    and on behalf of all others similarly
16  situated,                               **PROOF OF SERVICE**

17                  Plaintiffs,             *Assigned to the Honorable Samuel Conti*

18          vs.                             **[LOCAL RULE 6-1]**

19  BEST BUY STORES, L.P., a Virginia
    Limited Partnership, and DOE ONE
20  through and including DOE ONE-
    HUNDRED
21
22                  Defendant.

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20839728.1

PROOF OF SERVICE
CV 08-4171 SC

**PROOF OF SERVICE**

I, the undersigned, declare:

I am over the age of eighteen (18) years, and not a party to the within action.  I am employed by Morgan, Lewis & Bockius, LLP and my business address is One Market, Spear Street Tower, San Francisco, CA  94105.

On September 23, 2008, I served the following document(s):

**STIPULATION ENLARGING TIME FOR BEST BUY STORES, L.P. TO RESPOND TO PLAINTIFF'S COMPLAINT**

on the parties involved addressed as follows:

Alan Harris, Esq.
Abigail Treanor, Esq.
Harris & Ruble
5455 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
EM:  aharris@harrisandruble.com
EM:  atreanor@harrisandruble.com

[   ]   **BY PERSONAL DELIVERY:**  The within document(s) were served by hand in an envelope addressed to the addressee(s) above on this date.  The Proof of Service by the process server will be filed within five (5) days.

[ X ]   **BY U.S. MAIL:**  I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.  On this date, I served the above interested parties following my employer's ordinary business practices.

[   ]   **BY FACSIMILE:**  By use of a facsimile machine telephone number 415/442-1001, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above.  The transmission was reported as complete and without error.  The transmission report, which is attached to this proof of service, was properly issued by the transmitting facsimile machine.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20839728.1

1

PROOF OF SERVICE
CV 08-4171 SC

1

[   ]        **BY FEDERAL EXPRESS OVERNIGHT DELIVERY:** I caused each
2                envelope, with delivery fees provided for, to be deposited in a box regularly
                maintained by Federal Express. I am readily familiar with the practice for
3                collection and processing of documents for delivery by overnight service by
                Federal Express of Morgan, Lewis & Bockius, LLP, and that practice is that the
4                document(s) are deposited with a regularly maintained Federal Express facility in
                an envelope or package designated by Federal Express fully prepaid the same day
5                as the day of collection in the ordinary course of business.

6

[ **X** ]    **BY EMAIL:** By transmitting via electronic mail the document(s) listed above to
7                the email address(s) set forth below on this date (pursuant to a stipulation between
                the parties).

8

        I declare under penalty of perjury under the laws of the State of California that the
9

foregoing is true and correct. Executed at San Francisco, California on September 23, 2008.

10

11                                         *Teresa L. Magee*
                                           ─────────────────────────────
12                                              TERESA L. MAGEE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20839728.1                                2          PROOF OF SERVICE
                                                         C 06-01884 MHP & CV 08-4171 SC